DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
WAY, SIMON JAMES and
WAY, JANET JOYCE

Case No. 02-03466-PCW13

Debtors

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $12.80, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 74 | WINDSOR PLYWOOD<br>4011 E FERRY AVE<br>SPOKANE, WA 99202 | $12.80 |

Dated: September 30, 2010

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4875093    10-1-10    #12.80

02-03466-PCW13    Doc 131    Filed 10/01/10    Entered 10/01/10 13:20:03    Pg 1 of 1